IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 02 CR 688 |
| ) | Judge Elaine E. Bucklo |
| PIERRE DAWSON, ) | |
| Defendant. ) | |

## DOCKETING STATEMENT

This Court had jurisdiction over this case pursuant to 18 U.S.C. § 3231. Appellate jurisdiction is conferred on the Seventh Circuit Court of Appeals under 28 U.S.C. § 1291.

This is an appeal from a Judgement of Conviction of February 4, 2004, and the denial of post trial motions, and appeal from a Sentence entered June 18, 2004. Defendant was found guilty following a jury trial, of Counts One and Two of a two count indictment in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 02 CR 688, charging: a conspiracy to possess with the intent to distribute in excess of five kilograms of cocaine, pursuant to 21 U.S.C. §846; and, attempting to possess with the intent to distribute in excess of five kilograms of cocaine, pursuant to 21 U.S.C. §846. Defendant was sentenced to imprisonment in the United States Bureau of Prisons for a total term of three hundred sixty (360) months. Upon his release from imprisonment, Defendant was also ordered to serve a term of five (5) years supervised release. Furthermore, Defendant was ordered to pay a fine of $25,000.00, and a special assessment in the amount of $200.00.

## CERTIFICATE OF SERVICE

**JODI L. GARVEY**, attorney at law, hereby certifies that on June 18, 2004, she served, or caused to be served, the foregoing pleadings on the following attorney of record by hand delivery:

George Jackson III
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

_____
**JODI L. GARVEY**